# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:11-CR-412-LDG-(CWH) |
| KEVIN EPPENGER, | ) ) ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 6, 2013, defendant KEVIN EPPENGER pled guilty to Count One of a One-Count Criminal Information charging him with Felon in Possession of Ammunition in violation of Title 18, United States Code, Sections 922(g)(1). Criminal Information, ECF No. 49.

This Court finds defendant KEVIN EPPENGER agreed to the forfeiture of property set forth in the Plea Agreement (ECF No. 50).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the forfeitability of the property set forth in the Plea Agreement (ECF No. 50).

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a 7.62 caliber rifle, WASR-10, bearing serial number DD1583-71; and
2. any and all ammunition ("property").

. . .

. . .

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  KEVIN EPPENGER in the aforementioned property is forfeited and is vested in the United States
7  of America and shall be safely held by the United States of America until further order of the Court.
8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12  the name and contact information for the government attorney to be served with the petition,
13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
15  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18  following address at the time of filing:
19      Michael A. Humphreys
    Assistant United States Attorney
20      Daniel D. Hollingsworth
    Assistant United States Attorney
21      Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
22      Las Vegas, Nevada 89101.
23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
24  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
25  . . .
26  . . .

1  following publication of notice of seizure and intent to administratively forfeit the above-described
2  property.
3     DATED this __13__ day of __MARCH__, 2013.

                                    _____
                                    UNITED STATES DISTRICT JUDGE