# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN EPPENGER,

    Defendant.

Case No. 2:11-cr-00412-LDG (CWH)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion for Credit for Time Served (ECF No. 61) is DENIED.

DATED this _____ day of November, 2017.

Lloyd D. George
United States District Judge